**N.C. BAPTIST HOSPS., INC. v. CROWSON**

[357 N.C. 499 (2003)]

THE NORTH CAROLINA BAPTIST HOSPITALS, INC. v. JAMES W. CROWSON

No. 102A03

(Filed 2 October 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 155 N.C. App. 746, 573 S.E.2d 922 (2003), affirming an order for summary judgment entered 4 September 2001 by Judge Chester Davis in District Court, Forsyth County. Heard in the Supreme Court 9 September 2003.

*Ott Cone & Redpath, P.A., by Melanie M. Hamilton, Laurie S. Truesdell, and Wendell H. Ott, for plaintiff-appellant.*

*Crowson & Nagle, L.L.P., by James W. Crowson, pro se, for defendant-appellee.*

PER CURIAM.

AFFIRMED.